AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00047 |
| | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/13/2021 |
| Dominic Pezzola, | ) Description: COMPLAINT W/ARREST WARRANT |
| DOB: ▮ | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1752(a) | Restricted Buildings or Grounds |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Melissa Ammons, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date: 01/13/2021

_____
Judge's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title