IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
        v.                            )          CRIMINAL NO. 21-mj-00047
                                      )          Mag. Judge: Zia M. Faruqui
                                      )
DOMINIC PEZZOLA                       )

**Motion for admission of attorney Michael Scibetta *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Dominic Pezzola moves for the admission and appearance of attorney Michael Scibetta *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Michael Scibetta , filed herewith.  As set forth in Mr. Scibetta's declaration, he is admitted and an active member in good standing in the following courts and bars:

New York State Bar Association and the Western District of New York.            .

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

By:        _____/s/_____
           Kira Anne West
           DC Bar No. 993523
           712  H Street N.E., Unit  #509
           Washington, D.C.  20002
           Phone:  202-236-2042
           kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 21st day of January, 2021 a copy of same was  electronically filed

using the CM/ECF system  and thus delivered to the parties of record and in pursuant to the

rules of the Clerk of Court.



Kira Anne West

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00047 |
| | ) | Mag. Judge: Zia M. Faruqui |
| | ) | |
| DOMINIC PEZZOLA | ) | |

**<u>ORDER</u>**

Pending before the Court is the motion of defendant Dominic Pezzola seeking admission of his attorney, Michael Scibetta, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Michael Scibetta's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of January, 2021.

_____

Zia M. Faruqui
United States Magistrate Judge