IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CRIMINAL NO. 21-mj-00047 |
| ) | Mag. Judge: Zia M. Faruqui |
| ) | |
| DOMINIC PEZZOLA  ) | |

**ORDER**

Pending before the Court is the motion of defendant Dominic Pezzola seeking admission of his attorney, Michael Scibetta, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Michael Scibetta's *pro hac vice* admission to this Court.

SO ORDERED this 25th day of January, 2021.

_____
G. Michael Harvey
United States Magistrate Judge

3