IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 21-mj-00047 |
| ) | |
| ) | |
| DOMINIC PEZZOLA ) | |

**NOTICE OF APPEARANCE**

COMES NOW Michael P. Scibetta and enters his appearance as pro hac vice counsel, as lead attorney to be noticed, for Mr. Dominic Pezzola in the above captioned case.

Respectfully submitted,

MICHAEL P. SCIBETTA

By: _____/s/_____
Michael P. Scibetta, Esq.
30 West Broad Street
Suite 501
Rochester, New York 14614
(585) 232-2770
mike@scibettalawoffice.com

CERTIFICATE OF SERVICE

I hereby certify on the 26th day of January 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Michael P. Scibetta